

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00236-CV

RAMESH KAPUR, DBA AIC MANAGEMENT COMPANY, Appellant

V.

CASSANDRA PLEASANT, Appellee

Appeal from the County Civil Court at Law No. 2 of Harris County.   (Tr. Ct. No. 1013763).

This is an appeal from a judgment signed December 11, 2013.   Appellant, Ramesh Kapur, dba AIC Management Company, did not timely file a brief.   After being notified that this appeal was subject to dismissal, appellant did not adequately respond.   It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed** for want of prosecution.

The Court **orders** that the appellant, Ramesh Kapur, dba AIC Management Company, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 29, 2015. Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.